UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:            In Bankruptcy:

CATHY J KERR            Case No. 09-45324-WSD
                                         Chapter 7
                                         Hon. WALTER SHAPERO

               Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $7.74 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 8 | $4.29 |
| FIA Card Services, NA/Bank<br>By American Infsource LP as its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 12 | $3.45 |

                                                     **Total: $7.74**

                                                     Respectfully Submitted,

                                                     /s/ Gene R. Kohut
                                                     21 Kercheval Avenue, Suite 285
                                                     Grosse Pointe Farms, MI 48236
                                                     Phone: (313) 886-9765
                                                     E-mail: ecftrustee@gktrustee.com
Dated: 01/21/2010                               [P47413]